```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MICHELE ROYAL,

                Plaintiff,                          5:11-CV-0456
                                                    (GTS/ESH)
v.

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

                Defendant.
_____
```

| APPEARANCES: | OF COUNSEL: |
|---|---|
| OLINSKY LAW GROUP<br>  Counsel for Plaintiff<br>300 South State Street<br>5th Floor, Suite 520<br>Syracuse, New York 13202 | HOWARD D. OLINSKY, ESQ. |
| SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF REGIONAL GENERAL COUNSEL<br>  Counsel for Defendant<br>26 Federal Plaza, Room 3904<br>New York, New York 10278 | SIXTINA FERNANDEZ, ESQ.<br>Special Assistant U.S. Attorney |

GLENN T. SUDDABY, United States District Judge

## **DECISION and ORDER**

The above matter comes to this Court following a Report-Recommendation by United States Magistrate Judge Earl S. Hines, filed on October 2, 2012, recommending that (1) Defendant's motion for judgment on the pleadings be denied, (2) Plaintiff's motion for judgment on the pleadings be granted, (3) Defendant's decision denying disability benefits be reversed, and the case be remanded to Defendant for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. No. 18.) Objections to the Report-Recommendation have not been filed and the time in which to do so has expired. After carefully reviewing all of the papers herein,

including Magistrate Judge Hines' thorough Report-Recommendation, the Court can find no error in the Report-Recommendation, clear or otherwise.  As a result, the Report-Recommendation is accepted and adopted in its entirety; Defendant's motion for judgment on the pleadings is denied; Plaintiff's motion for judgment on the pleadings is granted; Defendant's decision denying disability benefits is reversed; and the case is remanded to Defendant for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Hines' Report-Recommendation (Dkt. No. 22) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** Defendant's motion for judgment on the pleadings (Dkt. No. 15) is **DENIED**; and it is further

**ORDERED** that Plaintiff's motion for judgment on the pleadings (Dkt. No. 13) is **GRANTED**; and it is further

**ORDERED** that Defendant's decision denying disability benefits is **REVERSED**; and it is further

**ORDERED** that this matter is **REMANDED** to Defendant for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: November 7, 2012
      Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge